# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 2:15-cr-00358-JCM-GWF |
| Plaintiff, ) | ORDER FOR DISMISSAL |
| vs. ) | |
| ANGELO HAZART GARBUTT, ) | |
| Defendant. ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States for the District of Nevada hereby dismisses Indictment filed on December 29, 2015 against ANGELO HAZART GARBUTT.

DATED this <u>17th</u> day of February, 2016.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Robert A. Bork
_____
ROBERT A. BORK
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED February 19, 2016.

_____
UNITED STATES DISTRICT JUDGE

1